JEFFREY D. OLSTER
Nevada Bar No. 008864
olster@lbbslaw.com
TRACEY L. HEINHOLD
Nevada Bar No. 005363
heinhold@lbbslaw.com

**LEWIS BRISBOIS BISGAARD**
**& SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702-893-3383
Fax: 702-893-3789

Attorneys for Defendants
*State Farm Mutual Automobile Insurance Company*
*(erroneously sued as "State Farm Fire and Casualty*
*Company")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA RANI BHADRA, | Case No. 2:10-cv-00089-KJD-RJJ |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY, MIKE SHANNON INSURANCE AGENCY, INC., DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Kayla Rani Bhadra, by and through her attorney of record, Edward Achrem, and defendant State Farm Mutual Automobile Insurance Company (sued as "State Farm Fire and Casualty Company"), by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, that this action be

. . .

. . .

. . .

4832-7462-6055.1                                            -1-

dismissed with prejudice as to all parties, with each party to bear her/its own costs and attorneys' fees.

DATED this ____ day of September, 2010.   DATED this 20 day of September, 2010.

EDWARD ACHREM & ASSOCIATES        LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/ Ed Achrem_____         _/s/ Jeffrey D. Olster_____
Edward J. Achrem                                   Jeffrey D. Olster
512 South Tonopah Drive, Suite 100       Tracey L. Heinhold
Las Vegas, Nevada 89106                     6385 South Rainbow Boulevard, Suite 600
*Attorneys for Plaintiffs*                            Las Vegas, Nevada 89118
                                                              Attorneys for Defendant
                                                              *State Farm Mutual Automobile Insurance Company*

## ORDER

Upon stipulation of the aforementioned parties, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all parties, with each party to bear her/its own attorneys' fees and costs.

DATED this 28 day of September 2010.

_____
U.S. DISTRICT COURT JUDGE